66 A.3d 251

**BOROUGH OF DOWNINGTOWN and Council
of the Borough of Downingtown**

v.

**FRIENDS OF KARDON PARK, Ann M. Feldman, Marion Ung-
rich, Evelyn Hopkins, Progressive Housing Ventures, LLC, J.
Loew & Associates, Inc., Kim Manufacturing Co., Stewart Hall,
L.P. and Commonwealth of Pennsylvania, Attorney General.**

**Cross Petition of Kim Manufacturing
Co. and Stewart Hall, L.P.**

Supreme Court of Pennsylvania.

March 21, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2013, the Application
for Post–Submission Communication is **GRANTED.** The
Cross Petition for Allowance of Appeal is **DENIED.**